NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barrett Financial Group LLC, *et al.*, | No. CV-15-02292-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Bank of England, *et al.*, | |
| Defendants. | |

At issue is the parties' Joint Motion to Transfer Case (Doc. 24), in which the parties request that the Court transfer this matter to the United States District Court for the Eastern District of Arkansas for the purpose of potential consolidation with a closely related case being adjudicated in that Court.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." A district court has discretion "to adjudicate motions for transfer according to an 'individualized, case-by case consideration of convenience and fairness.'" *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988) (quoting *Van Dusen v. Barrack*, 376 U.S. 612, 622 (1964)). In making this determination, a court must balance numerous factors, including: (1) the state that is most familiar with the governing law, (2) the plaintiff's choice of forum, (3) the respective parties' contacts with the forum, (4) the contacts relating to the plaintiff's cause of action in the chosen forum, (5) the differences in the costs of litigation in the two forums, (6) the availability

1. of compulsory process to compel attendance of unwilling, non-party witnesses, and (7) the ease of access to sources of proof. *Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498-99 (9th Cir. 2000).

The parties do not dispute that this action could have been brought in the Eastern District of Arkansas. (Doc. 24 at 4-5.) Moreover, as the parties lay out in their Motion (Doc. 24 at 5-10) and considering the parties' agreement that the Court should transfer this case in the interest of judicial economy, all of the factors the Court must consider are either neutral or favor transfer. Accordingly,

IT IS ORDERED granting the parties' Joint Motion to Transfer Case (Doc. 24).

IT IS FURTHER ORDERED directing the Clerk of Court to take all necessary steps to ensure the prompt transfer of this case to the United States District Court for the Eastern District of Arkansas and to close the action in the District of Arizona.

Dated this 26th day of July, 2016.

Honorable John J. Tuchi
United States District Judge